## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREA AUDISH, on behalf of herself and others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>PRODIGY HEALTH GROUP LLC,<br><br>　　　Defendant. | :<br>:　No. 9:21-cv-81622-RAR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>/ |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Andrea Audish hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: October 12, 2021　　　　　　　　/s/ Avi Kaufman
　　　　　　　　　　　　　　　　　　Avi R. Kaufman (FL Bar no. 84382)
　　　　　　　　　　　　　　　　　　kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　　　Rachel E. Kaufman (FL Bar no. 87406)
　　　　　　　　　　　　　　　　　　rachel@kaufmanpa.com
　　　　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　　　　400 NW 26th Street
　　　　　　　　　　　　　　　　　　Miami, FL 33127
　　　　　　　　　　　　　　　　　　Telephone: (305) 469-5881

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the putative class*