UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81622-RAR

**ANDREA AUDISH**,
*on behalf of herself and others similarly situated*,

    Plaintiff,

v.

**PRODIGY HEALTH GROUP LLC**,

    Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Dismissal Without Prejudice [ECF No. 9], filed on October 12, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*. The Clerk is directed to **CLOSE** the case. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of October, 2021.

                                             **RODOLFO A. RUIZ II**
                                             **UNITED STATES DISTRICT JUDGE**